# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED RENTALS (NORTH AMERICA), INC., | Case No. 2:20-cv-01092-KJD-DJA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| LIBERTY MUTUAL INSURANCE CO., | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Extend Time to Answer the Complaint (ECF No. 11), filed on July 28, 2020. Defendant filed the instant motion on the same day that the extension Plaintiff accorded it to respond to the Complaint expires. It seeks an unknown amount of time for the extension. Further, its cursory two page motion fails to cite to the appropriate standard for the request, much less demonstrate that merely being unable to get ahold of Plaintiff's counsel to obtain a second stipulated extension is good cause for the Court to grant an indefinite extension. Although the Court encourages the parties to work together to resolve issues and stipulate to the extent possible on extensions such as this one, it is unable to grant the requested relief under these circumstances.

Indeed, Plaintiff filed a Response (ECF No. 12) one day after the Motion was filed, on July 29, 2020. It represents that on July 9, 2020 it gave Defendant a two-week extension to respond to the Complaint for the requested purpose of obtaining counsel and no further contact was made by Defendant until July 24, 2020. Plaintiff argues that Defendant has not cited any good cause for an unknown amount of the extension requested now that counsel has been obtained. Ultimately, the Court is not persuaded that Defendant has met the good cause standard and the lack of specificity in the request – particularly in the amount of time being sought for the extension – is a fatal flaw.

1 | **IT IS THEREFORE ORDERED** that Defendant's Motion to Extend Time to Answer the Complaint (ECF No. 11) is **denied without prejudice**.

DATED: August 6, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE